1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    CARO MARKS, Bar #159267
     Designated Counsel for Service
3    801 I Street, 3rd Floor
     Sacramento, California  95814
4    Telephone: (916) 498-5700

5    Attorney for Defendant
     JOSE MENDEZ-GALLEGOS

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )  NO. CR. S-11-528-LKK
                                    )
12                  Plaintiff,      )
                                    )       **STIPULATION AND ORDER**
13        v.                        )    **CONTINUING STATUS CONFERENCE**
                                    )        **AND EXCLUDING TIME**
14   JOSE MENDEZ-GALLEGOS,          )
                                    )  Date:  April 3, 2012
15                  Defendant.      )  Time:  9:15 a.m.
     _____ )  Judge: Hon. Lawrence K. Karlton

16        IT IS HEREBY STIPULATED by and between the parties hereto through

17   their respective counsel, MICHELE BECKWITH, Assistant United States

18   Attorney, attorney for Plaintiff, and CARO MARKS, attorney for JOSE

19   MENDEZ-GALLEGOS, that the status conference hearing date of March 27,

20   2012 be vacated, and the matter be set for status conference on April

21   3, 2012 at 9:15 a.m.

22        The reason for this continuance is to allow the parties to

23   receive and review a Pre-Plea Presentence Report ["PPPSR"], and then to

24   give defense counsel time to review and discuss the PPPSR with the

25   defendant.

26        Based upon the foregoing, the parties agree that the time under

27   the Speedy Trial Act should be excluded from the date of signing of

28

1  this order through and including April 3, 2012 pursuant to 18 U.S.C.

2  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

3  T4 based upon continuity of counsel and defense preparation.

4
DATED:  March 23, 2012.                    Respectfully submitted,
5
                                           DANIEL J. BRODERICK
6                                          Federal Public Defender

7

8                                          /s/ Caro Marks
                                           CARO MARKS
9                                          Designated Counsel for Service
                                           Attorney for Jose Mendez-Gallegos
10

11  DATED:  March 23, 2012.                BENJAMIN WAGNER
                                           United States Attorney
12

13
                                           /s/ Caro Marks for
14                                         MICHELE BECKWITH
                                           Assistant U.S. Attorney
15                                         Attorney for Plaintiff

16

17

18                              **ORDER**

19     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

20  ordered that the March 27, 2012,  status conference hearing be

21  continued to April 3, 2012, at 9:15 a.m.  Based on the representation

22  of defense counsel and good cause appearing there from, the Court

23  hereby finds that the failure to grant a continuance in this case would

24  deny defense counsel reasonable time necessary for effective

25  preparation, taking into account the exercise of due diligence.  The

26  Court finds that the ends of justice to be served by granting a

27  continuance outweigh the best interests of the public and the defendant

28  in a speedy trial.  It is ordered that time up to and including the

1   April 3, 2012 status conference shall be excluded from computation of

2   time within which the trial of this matter must be commenced under the

3   Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and

4   Local Code T-4, to allow defense counsel reasonable time to prepare.

5   Dated: March 23, 2012

6

7                                                    LAWRENCE K. KARLTON
                                                     SENIOR JUDGE
8                                                    UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28